# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA DUNN and ALANA DUNN,<br><br>             Plaintiff,<br><br>        v.<br><br>MARCLITE ELECTRICAL CORPORATION, et al.,<br><br>             Defendants. | Case No.  1:25-cv-00565-JLT-BAM<br><br>ORDER STRIKING UNSIGNED COMPLAINT (Doc. 1)<br><br>ORDER REQUIRING PLAINTIFFS TO FILE A SIGNED COMPLAINT WITHIN THIRTY DAYS<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiffs Emma Dunn and Alan Dunn are proceeding pro se in this civil action. Plaintiffs filed the complaint in this action on May 12, 2025.  (Doc. 1.)

Upon review, the Court notes that the complaint is not signed by Plaintiffs. Both the Federal Rules of Civil Procedure and this Court's Local Rules require that all filed pleadings, motions, and papers be signed by the party personally if the party is unrepresented.  Fed. R. Civ. P. 11(a); Local Rule 131(b).  Since Plaintiffs' complaint is unsigned, the Court must strike it from the record.  Plaintiffs will be permitted thirty (30) days to file a signed complaint that complies with the Federal Rules of Civil Procedure and the Local Rules.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiffs' complaint filed on May 12, 2025 (Doc. 1) is STRICKEN from the record for lack of signatures.

2. The Clerk of the Court is directed to serve this order on Plaintiffs Emma Dunn and

1

Alana Dunn.

3. Within **thirty (30) days** from the date of service of this order, Plaintiffs SHALL file a complaint (or a notice of voluntary dismissal) signed by **both** Plaintiff Emma Dunn and Plaintiff Alana Dunn.

4. No extension of time will be granted without a showing of good cause.

5. **Plaintiffs are warned that the failure to comply with this order will result in dismissal of this action, with prejudice, for failure to prosecute and failure to obey a court order.**

IT IS SO ORDERED.

Dated: __May 15, 2025__                    /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

2