1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   EMMA DUNN and ALANA DUNN,                Case No.  1:25-cv-00565-JLT-BAM

12              Plaintiffs,                   **ORDER REQUIRING PLAINTIFFS
                                             EMMA DUNN AND ALANA DUNN TO**
13        v.                                 **SUBMIT APPLICATIONS TO PROCEED**
                                             *IN FORMA PAUPERIS* **OR PAY ONE**
14   MARCLITE ELECTRICAL                      **FILING FEE WITHIN 21 DAYS**
     CORPORATION, et al.,
15                                            **ORDER DIRECTING CLERK OF COURT
              Defendants.                     TO FORWARD TWO IN FORMA**
16                                            **PAUPERIS APPLICATIONS**

17                                            TWENTY-ONE DAY DEADLINE

18

19        Plaintiffs Emma Dunn and Alana Dunn are each proceeding pro in this action filed on

20   May 12, 2025.  Plaintiffs have not paid the $405.00 filing fee nor have they submitted

21   applications to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

22        To proceed in this action, Plaintiffs must either (1) pay one $405.00 filing fee, or (2) **both**

23   Plaintiffs may submit applications to proceed in forma pauperis.  *See Dupont v. Sterling Family*

24   *Trust*, No. 2:23-cv-09785-SVW-AS, 2024 WL 589880, at * 1 (C.D. Cal. Jan. 19, 2024) (noting

25   only one filing fee needs to be paid in a multiple-plaintiff case); *Darden v. Indymac Bancorp,*

26   *Inc.*, No. CIV S-09-2970 JAM DAD PS, 2009 WL 5206637, at *1 (E.D. Cal. Dec. 23, 2009)

27   ("Where there are multiple plaintiffs in a single action, the plaintiffs may not proceed in forma

28

                                           1

1    pauperis unless all of them demonstrate inability to pay the filing fee.")  Although Plaintiffs'

2    recently filed complaint includes statements regarding an inability to proceed *in forma pauperis*,

3    it is not clear to the Court whether those statements pertain to one or both Plaintiffs.  (*See* Doc. 7.)

4    Further, the purported financial information included in the complaint also is not sufficient for the

5    Court to determine if each Plaintiff is entitled to proceed *in forma pauperis* in this action.  (*Id.*)

6         Accordingly, IT IS HEREBY ORDERED that:

7         1.    The Clerk's Office shall send to Plaintiffs two applications to proceed *in forma*

8    *pauperis*;

9         2.    Within **twenty-one (21) days** of the date of service of this order, Plaintiffs shall

10    either (1) pay one $405.00 filing fee for this action; or (2) Plaintiffs Emma Dunn and Alana Dunn

11    shall each submit one of the attached applications to proceed *in forma* pauperis, completed and

12    signed;

13        3.    No requests for extensions will be granted absent a showing of good cause; and

14        3.    **Failure to comply with this order will result in a recommendation for**

15    **dismissal of this action.**

16

17    IT IS SO ORDERED.

18        Dated:   **July 15, 2025**              /s/ *Barbara A. McAuliffe*          _

19                                    UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28