# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA DUNN and ALANA DUNN, <br><br> Plaintiffs, <br><br> v. <br><br> MARCLITE ELECTRICAL CORPORATION FLORIDA et al., <br><br> Defendants. | Case No. 1:25-cv-00565-JLT-BAM <br><br> **ORDER VACATING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AS MOOT** <br><br> (Docs. 10, 12) |

Plaintiffs Emma Dunn and Alana Dunn ("Plaintiffs"), proceeding *pro se*, filed this action filed this action on May 12, 2025. On July 25, 2025, Alana Dunn filed a short form application to proceed *in forma pauperis*. (Doc. 10.) Emma Dunn has not filed an application to proceed *in forma pauperis*.

On August 6, 2025, the Court issued findings and recommendations that Alana Dunn's application for leave to proceed *in forma pauperis* be denied, and that Plaintiffs be required to pay the $405.00 filing fee in full to proceed with this action. (Doc. 12.) Plaintiffs paid the $405.00 filing fee in full on August 11, 2025.

///

1

Accordingly, the pending findings and recommendations issued on August 6, 2025 (Doc. 12), are HEREBY VACATED, and Alana Dunn's application to proceed *in forma pauperis* (Doc. 10) is DENIED as moot.

IT IS SO ORDERED.

Dated: **August 12, 2025**               /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE