**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMMA DUNN, | Case No.  1:25-cv-00565-JLT-FJS |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | |
| MARCLITE ELECTRICAL CORPORATION FLORIDA, et al., | ORDER TO DISMISS WITHOUT PREJUDICE AND CLOSE CASE |
| Defendants. | (Doc. 18) |

On May 12, 2025, Plaintiffs Emma Dunn and Alana Dunn, proceeding pro se, initiated this action naming Marclite Electrical Corporation Florida, J&B Heranandez Construction, Kemper Insurance, Cost-u-Less Insruances, Acceptance Insurances, Freeway Insurance, Inifinity Insurances, Social Security Entities, as a defendants.  (Doc. 1.)  On November 24, 2025, Plaintiff Alana Dunn filed a document titled "Dismissal Without Prejudice," which the assigned magistrate judge construed as a notice of voluntary dismissal without prejudice under Federal Rule of Civil Procedure 41(a).  (Doc. 17.)  In its order terminating Alana Dunn's claims pursuant to her voluntary dismissal, the Court noted that mail sent to Plaintiff Emma Dunn was returned as undeliverable and informed her of the requirement under Local Rule 183 to keep the Court apprised as to her current address.  (*Id.* at 1 n.1.)

On December 30, 2025, the assigned magistrate judge issued findings and

1

recommendations, recommending that Emma Dunn's claims be dismissed for failure to prosecute. (Doc. 18.)  The Court served the findings and recommendations on Emma Dunn by mail, notified her that any objections were due within 14 days, and warned that failure to timely file objections may result in the waiver of certain appellate rights.  (*Id.* at 3, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).)  The mail was returned as undeliverable.  Plaintiff has not filed any objections and the time to do so has since passed.

According to 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1.    The findings and recommendations issued on December 30, 2025 (Doc. 18) are **ADOPTED IN FULL**.

2.    The remaining claims in this action brought by Plaintiff Emma Dunn are dismissed without prejudice based on failure to prosecute.

IT IS SO ORDERED.

Dated:    **April 24, 2026**

UNITED STATES DISTRICT JUDGE